| | |
|---|---|
| 1 | David P. Matthews<br>TX No. 13206200 |
| 2 | Jason C. Webster<br>TX No. 24033318 |
| 3 | **MATTHEWS & ASSOCIATES**<br>2905 Sackett St. |
| 4 | Houston, TX 77098<br>(713) 522-5250 |
| 5 | (713) 535-7184 facsimile<br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-0230 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jodi Spencer, Individually and on behalf of Wanda Faye Godwin,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Jodi Spencer, Individually and on behalf of Wanda Faye Godwin, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| DATED: Jan. 12, 2010 | MATTHEWS & ASSOCIATES | |
| | By: _____ | |
| | David P. Matthews | |
| | *Attorneys for Plaintiffs* | |
| | | |
| DATED: Jan. 12, 2010 | DLA PIPER LLP (US) | |
| | By: _____ | |
| | Michelle W. Sadowsky | |
| | *Attorneys for Defendants* | |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE